## McCOY v. WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 54, September Term, 1959.]

*Decided March 18, 1960.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

Applicant seeks review of the denial of relief under the Post Conviction Procedure Act, Code (1959 Supp.), Art. 27, Secs. 645A *et seq.*

For the reasons stated in the opinion of Judge Warnken in the lower court the application for leave to appeal is denied.

*Application denied.*